**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TESA WHITNEY PRICE,**

      **Plaintiff,**

**v.**
                               **Case No.:  2:15-cv-3044**
                               **JUDGE GEORGE C. SMITH**
                               **Magistrate Judge Kemp**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**ORDER**

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on November 22, 2016.  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **SUSTAINED** to the extent that the case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

The Clerk shall remove Document 23 from the Court's pending motions list, remand this case and enter final judgment.

      **IT IS SO ORDERED.**

                               */s/ George C. Smith*
                               **GEORGE C. SMITH, JUDGE**
                               **UNITED STATES DISTRICT COURT**